# United States District Court

DISTRICT OF __MASSACHUSETTS__

TRUSTEES OF IBEW LOCAL NO. 7
HEALTH & WELFARE FUND, ET AL

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 05-30006 - KPN

RALPH SOMERVILLE d/b/a
RALPH SOMERVILLE ELECTRICAL

TO: (Name and Address of Defendant)

> Ralph Somerville D/B/A
> Ralph Somerville Electrical
> 170 Chicopee Street
> Chicopee, MA 01013

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

> Aaron D. Krakow
> Krakow & Souris
> 225 Friend Street
> Boston, MA 02114

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

_Mary Finn_
BY DEPUTY CLERK

DATE: January 12, 2005

AO 440 (Rev. 5/85)  Summons in a Civil Action

# RETURN OF SERVICE



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

January 21, 2005

I hereby certify and return that on 1/20/2005 at 12:15 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to RALPH SOMERVILLE, DBA at 170 CHICOPEE Street, CHICOPEE, MA 01013 <>.Conveyance ($1.20), Travel ($2.56), Basic Service Fee ($20.00), Attestation X 1 ($5.00), Mailing1 ($1.00) Total Charges $29.76

Deputy Sheriff DAVID K. TENNEY

*Deputy Sheriff*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
            Date                    Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.