UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF IBEW LOCAL NO. 7 HEALTH & WELFARE FUND, et al<br>    Plaintiffs, | )<br>)<br>)<br>) |
| v. | ) C.A. No. 05-30006-KPN<br>) |
| RALPH SOMERVILLE d/b/a<br>RALPH SOMERVILLE ELECTRICAL<br>    Defendant. | )<br>)<br>)<br>) |

REQUEST FOR NOTICE OF DEFAULT

Plaintiffs respectfully request that the court send a Notice of Default to the defendant, Ralph Somerville, d/b/a Ralph Somerville Electrical, 170 Chicopee Street, Chicopee, MA 01013 in the above-captioned action. Defendant was served with the complaint on January 20, 2005.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Respectfully submitted,
 Aaron D. Krakow
BBO #544424
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114     (617) 723-8440


 /s/ Aaron D. Krakow
Attorney for Plaintiffs