# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF IBEW LOCAL NO. 7 HEALTH & WELFARE FUND, ET AL.,<br>  Plaintiff<br><br>V.<br><br>RALPH SOMERVILLE d/b/a RALPH SOMERVILLE ELECTRICAL.<br>  Defendants | CIVIL ACTION<br><br>NO. 3:05-CV-30006-KPN |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Trustee of IBEW Local No. 7 Health & Welfare Fund, et al., for an order of Default for failure of the Defendant, Ralph Somerville d/b/a Ralph Somerville Electrical, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this  25  day of  March , 2005 .

　　　　　　　　　　　　　　　　　　　　　　Sarah A. Thornton, Clerk

　　　　　　　　　　　　　　　　By:   /s/ *Maurice G Lindsay*
　　　　　　　　　　　　　　　　　　　　Maurice G. Lindsay, Deputy Clerk

Notice mailed to:

❏　　Plaintiff's Counsel Aaron D. Krakow, Esq.
❏　　Defendant Ralph Somerville.