UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF IBEW LOCAL NO. 7 HEALTH & WELFARE FUND, et al<br>      Plaintiff,<br><br>v<br><br>RALPH SOMERVILLE d/b/a<br>RALPH SOMERVILLE ELECTRICAL<br>  Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 05-30006-KPN<br>)<br>)<br>)<br>)<br>) |

STATUS REPORT

In response to this Court's order of August 17, 2005, plaintiffs file this Status Report. Notice of Default was entered on March 25, 2005, and a motion for default judgment was filed electronically on September 1, 2005.

Date: September 6, 2005

                              Aaron D. Krakow
                              BBO #544424
                              KRAKOW & SOURIS, LLC
                              225 Friend Street
                              Boston, MA 02114
                               (617) 723-8440


                              Aaron D. Krakow_____
                              Attorney for Plaintiffs


CERTIFICATE OF SERVICE

    I, Aaron D. Krakow, hereby certify that I caused a copy of the foregoing to be mailed this date to Ralph Somerville Electrical, 170 Chicopee Street, Chicopee, MA 01013.

                              /s/ Aaron D. Krakow_____
                              Aaron D. Krakow