AO450 (Rev. 5/85) Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

TRUSTEES OF IBEW LOCAL NO 7
HEALTH & WELFARE FUND
V.

RALPH SOMERVILLE d/b/a
RALPH SOMERVILLE ELECTRICAL

**JUDGMENT IN A CIVIL CASE**

Case Number:    05-30006-MAP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

DEFAULT JUDGMENT IN THE AMOUNT OF $6,841.33 IN DAMAGES AND COSTS INCURRED IN THE AMOUNT OF $179.76 FOR A TOTAL AWARD OF DAMAGES IN THE AMOUNT OF $7,021.09 PURSUANT TO THE ALLOWANCE OF PLAINTIFFS MOTION FOR ENTRY OF JUDGMENT

OCTOBER 18, 2005
Date

SARAH A. THORNTON
Clerk

*[signature]*
(By) Deputy Clerk